**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.4**
**Eastern Division**

Michael Prachasitthisak, et al.

                                Plaintiff,

v.                                                 Case No.: 1:20−cv−03483
                                                            Honorable John J. Tharp Jr.

Locke Transportation, Inc., et al.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 3, 2022:

      MINUTE entry before the Honorable John J. Tharp, Jr:Motion hearing held. Plaintiffs' motion to file document under seal [72], is granted for reasons stated on the record. Joint motion for approval of settlement and dismissal of complaint [67], is granted. Enter Order. Civil case terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.