IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL PRACHASITTHISAK, GURDHIAN SINGH, EIMEAR KENNY, LAURA KRAMER, SANDRA RIVERA, & MAGGIE DUNAJ, on behalf of themselves and all other similarly situated persons, known and unknown | ) ) ) ) ) ) ) ) | No. 1:20-cv-03483 |
| Plaintiffs, | ) ) | Judge John J. Tharp, Jr. |
| vs. | ) ) | Magistrate Judge Young B. Kim |
| LOCKE TRANSPORTATION, INC., TERESA LOCASCIO, individually, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER APPROVING SETTLEMENT

This cause coming to be heard on the parties' Joint Motion for Approval of Settlement Agreement, and the Court having reviewed the proposed Confidential Settlement Agreement and Release ("Agreement") and otherwise being fully advised in the premises, the Court hereby finds and orders as follows:

1. After a review of the Agreement submitted jointly by the parties to the Court for review and approval, the Court determines that the terms of the settlement of this litigation are fair and reasonable, including the fees paid to Plaintiff's counsel, and that the settlement is in the best interests of the parties.

2. This Court makes no finding as to Defendants' liability, and notes that Defendants have made no admission of liability or of any violation of law.

3. The Court therefore grants final approval of the Agreement, including the releases and payments set forth therein.

4. Upon the entry of this Order Approving Settlement, the release by Plaintiff as provided in the Agreement shall be effective and in full force and effect and binding upon him.

5. Pursuant to the Agreement, the Court dismisses all claims against the Defendants with prejudice.

SO ORDERED this 3rd day of March 2022;

 

_____
John J. Tharp, Jr.
United States District Judge